IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Two iPhones found in possession of Sarah<br><br>JEFFS | Case No.   1:23-mj-082 |

**AFFIDAVIT IN SUPPORT OF**

**AN APPLICATION FOR A SEARCH WARRANT**

    I, Randy Helderop, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1.     Your Affiant is a Special Agent (SA) with Homeland Security Investigations assigned to the office of the Resident Agent (RA) office in Bismarck, North Dakota.  Your Affiant has been employed by HSI since September of 2004.  Your Affiant has a Bachelor of Science degree in Criminal Justice from Boise State University in Boise, Idaho, and has successfully completed the Criminal Investigator Training Program and HSI Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia.  Prior to his employment with HSI, your Affiant was a Special Agent with the United States Department of Health and Human Services, Office of Inspector General from 2002-2004, and worked in local law enforcement as a deputy sheriff, police officer, and detective from 1995-2002.  Your Affiant is assigned to the North Dakota Internet Crimes Against Children (ICAC) Task Force and has worked numerous investigations involving the online sexual exploitation of children.

2. Karsten Anderson is a Special Agent with Homeland Security Investigations assigned to the HSI Resident Agent office in Bismarck, North Dakota. SA Anderson has been employed by HSI since June of 2009. SA Anderson has an Associates of Arts degree from Minnesota State University, Mankato, and has successfully completed the Criminal Investigator Training Program and HSI Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to his employment with HSI, HSI Anderson was an Officer with United States Customs and Border Protection from 2005-2009. SA Anderson has conducted or assisted on several investigations involving the online sexual exploitation of children, human trafficking, human smuggling, and narcotics trafficking.

3. As a Special Agent, your Affiant is responsible for enforcing federal criminal statues pursuant to Title 18, Title 8, and Title 21 of the United States Code (USC). Your Affiant has received training and actual experience relating to Federal Criminal Procedures, and HSI Regulations. Your Affiant has received training and instruction in the field of investigation of the sexual exploitation of children, human trafficking, human smuggling, and narcotics trafficking and has had the opportunity to participate in numerous investigations relating to the sexual exploitation of children, human smuggling, human trafficking, and narcotics trafficking. The information contained within this affidavit is based on you Affiant's training and experience, and information provided to your Affiant by the case agent, SA Karsten Anderson. Your Affiant has also received investigative information from other law enforcement officers to include Task Force Officers (TFO) with the United States Marshals Service and other individuals familiar with the investigation.

4. This Affidavit is also based on a review of the affidavit submitted by Scott Burns, the Piute County (Utah) Attorney in support of an application for an arrest warrant for HEBER PEARSON JEFFS (See Exhibit 1 attached hereto.)

5. As a Special Agent with HSI, your Affiant has the authority to investigate violations of federal law. Your Affiant also has the authority to seek and execute federal process, to include criminal complaints, arrest warrants, and search warrants. This Affidavit is made in support of an application for a warrant to search two iPhones that were found in the possession of Sarah JEFF's on February 11, 2023, the phones will be further described in Attachment A.

6. Your Affiant believes the facts and circumstances set forth herein establish probable cause that a crime has been, or is being committed, and that a search of the iPhones for the items and information detailed in Attachment B, will result in the discovery of evidence which shows or tends to show a crime has been committed or that a particular person has committed a crime.

7. Your Affiant also submits that there is probable cause to believe that HEBER PEARSON JEFFS, further identified as HEBER JEFFS, has committed violations of 18 U.S.C. Section 1201(a)(1), which makes it a crime to seize, confine, inveigle, decoy, kidnap abduct, or carry away or hold for ransom or reward or otherwise, any person, except in the case of a minor by the parent thereof, when the person is willfully transported in interstate transport across a state boundary. 18 USC 1201(a)(1) will be further identified as the SPECIFIED FEDERAL OFFENSE.

8. Because this affidavit is being submitted for the limited purpose of applying for a search warrant, your Affiant has not included every fact known concerning this investigation. It

would be nearly impossible to include all known information in this affidavit. Instead, your Affiant has provided a general overview of the investigation and has set forth only the specific facts necessary to establish probable cause. Where statements of others are set forth in this affidavit, they are set forth in substance and in part and are not verbatim. The information contained in this affidavit is based on your Affiant's personal knowledge and information gained through training and experience, in addition to information obtained by other law enforcement agents, witnesses and the review of additional evidence.

## PROBABLE CAUSE

9. On or about February 9, 2023, SA Anderson advised your Affiant of the below information:

10. SA Anderson learned that HEBER JEFFS is a member of the Fundamentalist Church of Jesus Christ of Latter-Day Saints (FLDS), a religious movement that separated from the Church of Jesus Christ of Latter-Day Saints (LDS), that practices polygamy and is led by Warren Jeffs. Sometime in 2022, Warren Jeffs issued a "revelation" that his son, Helaman Jeffs, should also be considered a "Prophet," and holds a position of authority in the FLDS. In 2006, Warren Jeffs was placed on the FBI's Ten Most Wanted List following charges he arranged marriages between adult male members of the FLDS and underaged girls in Utah. In 2007, authorities in Arizona charged Warren Jeffs for sexual conduct with minors and incest. In 2008, authorities in Texas charged Warren Jeffs with raping a 15-year-old he had married and a 12-year-old he had married. In 2011, Warren Jeffs was convicted of two counts of sexual assault of a child in Texas and sentenced to life in prison. HEBER JEFFS is the nephew of Warren Jeffs.

11. HEBER JEFFS is believed to be an active member of the FLDS and believes that Warren and Helaman Jeffs are prophets of the FLDS religion.

12. HEBER JEFFS is believed to be married to Sarah Steed Jeffs. HEBER JEFFS has a sister, Rose Jeffs. Rose Jeffs was formerly married to Dowayne Aaron Barlow. Rose Jeffs and Dowayne Barlow have a daughter born in April of 2012 in Hildale, Utah, hereafter referred to as TKB. As the brother of TKB's mother, HEBER JEFFS is TKB's uncle.

13. Sometime within the first year of TKB's birth, Rose Jeffs and Dowayne Barlow asked HEBER JEFFS and Sarah Jeffs to care for TKB because Rose and Dowayne were having marital problems. Rose and Dowayne had four (4) other children and believed it would be helpful for TKB to stay with HEBER and Sarah JEFFS.

14. Rose and Dowayne eventually divorced. Rose moved to Cache County, Utah with her other four (4) children. Dowayne lives separate from Rose and their children in Arizona. TKB continued to live with HEBER and Sarah JEFFS for the next nine (9) to ten (10) years. During that time, Rose and Dowayne had full and unrestricted access to TKB.

15. Rose and Dowayne have left the FLDS and no longer believe that Warren Jeffs, or Healaman Jeffs have authority over them or TKB.

16. Sometime in 2022, Warren Jeffs announced that he had received a revelation. Warren Jeffs commanded that female members of the FLDS should quit their current employment and prepare to move as directed by Warren or Helaman Jeffs. Warren or Helaman Jeffs directed the male members of the FLDS to collectively pursue work primarily in the construction trades and send money to Helaman Jeffs, or other designated members of the FLDS, pending further direction from Warren or Helaman Jeffs.

17. SA Anderson learned through research that Warren Jeffs had forbidden female members of the FLDS to marry or bear children. This edict has been in place for over a decade. It is believed that Warren or Helaman Jeffs have directed the FLDS members to engage in the actions set forth above to prepare for a lifting of the ban on marriage and childbearing.

18. In 2022, Rose Jeffs made reports to law enforcement authorities in Piute County Utah that HEBER JEFFS was keeping her from TKB. Rose Jeffs reported she had full and free access to TKB from TKB's birth until August 2022, or about the same time Warren or Helaman Jeffs ordered the FLDS members to prepare to relocate in preparation for the lifting of the ban on marriage and childbearing.

19. Sometime in July or early August 2022, Rose Jeffs learned that Sarah Jeffs was no longer taking care of TKB with HEBER JEFFS. This was of great concern to Rose and Dowayne. On or about August 3, 2022, Rose Jeffs called HEBER JEFFS and asked if Sarah Jeffs was still taking care of TKB. HEBER JEFFS informed Rose Jeffs that Sarah Jeffs was no longer taking care of TKB and that he was taking care of TKB now. Rose asked if she could visit TKB and HEBER JEFFS told her she could.

20. On or about August 3, 2022, Rose Jeffs was traveling to visit TKB when she received a call from HEBER JEFFS. During that call, HEBER JEFFS told Rose not to go to his home in Kingston, Utah, instead they should meet at a park in Richfield, Utah.

21. Rose Jeffs met HEBER JEFFS at the park in Richfield, Utah, HEBER JEFFS told her, "Circumstances have changed, and I am going to change things from the way you and Sarah had it set up;" HEBER JEFFS said he was not, "cutting her off from TKB," but he, "just wants to do things differently, his own way." Rose Jeffs believes HEBER JEFFS

received communication from either Warren or Helaman Jeffs that she was to no longer have access to her daughter.

22. Rose Jeffs reported that following that meeting, she emailed HEBER JEFFS and told him that she was now able to take care of TKB and wanted TKB back. Rose did not receive a response from HEBER JEFFS. Having received no response from HEBER JEFFS in regard to her email, on or about August 5, 2022, Rose Jeffs drove to HEBER JEFFS' residence in Kingston, Utah with the intent to take custody of her daughter.

23. HEBER JEFFS would not permit Rose Jeffs to enter his home but talked with her at the front door. TKB was present, inside the home, behind HEBER JEFFS, as Rose stood outside the door and demanded HEBER permit her to take custody of her child. HEBER JEFFS told Rose, "I'm taking it further," and that, "I will not give TKB up except by force through law enforcement."

24. HEBER JEFFS told Rose that he was cutting her off and that she would, "not be allowed access to her child unless she was going to get back into the church (FLDS) by writing to Helaman Jeffs or Warren Jeffs."

25. HEBER JEFFS would not permit Rose to enter the house, nor would he permit TKB to leave the house.

26. Rose Jeffs left HEBER JEFFS' home and went to the Piute County Sheriff's Office and asked for assistance to get her daughter back. Rose Jeffs was informed she would need TKB's birth certificate or court documents that showed she was entitled to custody of TKB.

27. Rose Jeffs retained counsel, and through court filings, secured an order granting a preliminary injunction, directing HEBER JEFFS to immediately deliver TKB to the care

and custody of Rose Jeffs and a writ of assistance to remove a child, directing law enforcement to locate TKB, and to use reasonable means to remove the child from HEBER JEFFS, or third parties, and deliver TKB to her mother.

28. On September 22, 2022, a Piute County Deputy Sheriff and Rose Jeffs, with the legal process directing that TKB be delivered to Rose Jeffs went to HEBER JEFFS' residence in Kingston, Utah to take custody of TKB. After knocking at the door, for a long time, they were greeted by "Leona." (Leona is believed to be Sarah Jeffs' sister and HEBER JEFFS' sister-in-law.) Leona told Rose and the deputy that TKB was with HEBER JEFFS and that they had been gone for approximately four (4) weeks. Leona claimed to have no idea when HEBER JEFFS would return. The deputy told Leona to have HEBER JEFFS call the deputy as soon as possible.

29. The Deputy entered TKB into the National Crime Information Center (NCIC) as a "missing person." The deputy told Rose Jeffs he would keep an eye on the residence and look for HEBER JEFFS. No one has reported any news regarding the location of HEBER JEFFS or TKB since that date and the submission of Scott Burn's Affidavit.

30. Rose Jeffs last saw TKB on August 5, 2022, in Piute County, Utah in the custody of HEBER JEFFS. HEBER JEFFS knew on August 3, 2022, and on August 5, 2022, that Rose Jeffs intended to take custody of TKB and denied Rose Jeffs that right. HEBER JEFFS is not the father, or guardian of TKB and court orders have been obtained directing HEBER JEFFS to immediately deliver TKB to Rose JEFFS.

31. Utah law enforcement visited HEBER JEFFS' last known place of employment and were told he no longer worked there. Utah law enforcement officers made numerous attempts to contact HEBER JEFFS by phone and received no answer, emails Utah law

enforcement officers sent to accounts HEBER JEFFS was believed to use received no response.

32. On December 19, 2022, District Court Judge Marvin Bagley, in the Sixth Judicial District Court for Piute County, Utah, issued an arrest warrant for HEBER PEARSON JEFFS for the crime of Child Kidnapping.

33. On February 8, 2023, SA Anderson put HEBER JEFFS name in the Google search bar (See Exhibit 2 attached hereto), the search resulted in several news stories referencing kidnapping charges filed against HEBER JEFFS in Utah. Including a December 21, 2022, article written by Sam Metz, for the Associated Press, referencing court documents in Utah, charging HEBER JEFFS with kidnapping his niece. (See Exhibit 3 attached hereto.)

34. In late January 2023, the United States Marshals Service (USMS) High Plains Fugitive Task Force (HPFTF) in Bismarck, North Dakota, learned HEBER JEFFS had an active arrest warrant for kidnapping in Piute County, Utah and may be in Burleigh County, North Dakota. The HPFTF learned that David Jeffs, the son of HEBER JEFFS, had purchased, or was purchasing, a residence at 12324 Creeks Edge Road in Menoken, North Dakota.

35. On February 1, 2023, HEBER JEFFS was observed exiting the driver's seat of a White Ford Super Duty pickup bearing Utah license plate OJ8CE and entering the residence located at 12324 Creeks Edge Road in Menoken, North Dakota. The vehicle was determined to be registered to HEBER JEFFS.

36. HEBER JEFFS and David Jeffs were observed moving seven twin sized mattresses and pink colored bedding into the residence located at 12324 Creeks Edge Road. In addition,

six (6) to seven (7) child sized bikes were also moved into the garage of the residence located at 12324 Creeks Edge Road.

37. In your Affiant's training and experience, the delivery of the beds, bedding, and bicycles would indicate the presence or expected presence of children in the residence.

38. On February 2, 2023, a blue Ford Explorer, registered to Sarah Jeffs was observed parked in the driveway of the residence in Menoken. On the same date, a female identified as Margaret "Leona" Steed, was observed coming and going from the residence. Margaret and Sarah were never observed to leave the Menoken residence at the same time. The Piute County Sheriff's Office informed members of the HPFTF that they believed TKB would be with Sarah and Margaret.

39. From February 2, 2023, thru February 8, 2023, Sarah and Margaret have been observed coming and going from the Menoken residence.

40. On February 4, 2023, Heber JEFF's Ford truck was observed in the driveway of the Menoken residence. HEBER JEFFS was observed leaving the Menoken residence in the Ford truck bearing Utah plate OJ8CE. Investigators followed JEFFS as he drove North bound on Highway 83 out of Burleigh County.

41. Via surveillance of the residence, Task Force officers observed that the vehicles coming and going from the Menoken residence had all of the windows tinted to the point that no observations could be made of the interior and as a result there was no way through normal surveillance to observe any other individuals that may have been transported to or from the residence through the attached three stall garage.

42. On February 10, 2022, the HPFTF was conducting follow-up investigation in Bismarck in an attempt to locate additional information about HEBER JEFFS. Previous

        surveillance conducted of HEBER JEFFS identified he had traveled to a storage unit located at 1930 Hancock Drive in Bismarck, North Dakota. HEBER JEFFS had accessed a storage unit at the facility. HPFTF investigators served an investigative subpoena on the business entity and identified a storage unit was rented under the name "HEBER JEFFS" and "Jeff Hebars." The rental agreement was listed in the name of HEBER JEFFS; however, payment receipts showed the name of Jeff Hebars. Your affiant knows that individuals that are attempting to hide from law enforcement will commonly use alias names to conceal their true identity.

43. The rental agreement also listed an address for the renter of 2304 19th Avenue NW in Minot, ND (58703).

44. On the evening of February 10, 2023, HSI Minot agents conducted surveillance of the Minot address identified by USMS Task Force Officers. Agents observed HEBER JEFFS' 2017 White Ford Super Duty Pickup bearing Utah license plate OJ8CE parked outside of the residence located at 2304 19th Avenue NW in Minot, ND (58703).

45. Agents located an individual that lived in the vicinity of the identified Minot residence that wanted to provide information to investigators but wished to remain anonymous. The source of information identified a photo of HEBER JEFFS indicating he resides at the identified residence in Minot and has lived there since approximately July or August (2022). The source has also observed adolescent males and one or more adolescent females at the residence. The source specifically stated a ten-year-old girl had been observed at the home, which is the same age as TKB. The source also observed young adult females consistently present at the home. The source provided a description of the females' clothing and hairstyles that was consistent with the styles worn by other FLDS

members. The source also identified that HEBER JEFF's vehicle is routinely located at the residence.

46. Federal search warrants were obtained for the residences located at 2304 19th Avenue NW in Minot, ND (58703); and 12324 Creeks Edge Road in Menoken. Search warrants were also authorized for HEBER JEFF's person and HEBER JEFF's vehicle.

47. On the morning of February 11, 2023, simultaneous surveillance was conducted of the residences in both Minot and Bismarck. At approximately 0959 Hours, HEBER JEFFS was observed leaving the residence in Minot. HEBER JEFFS had a male adolescent with him and departed the residence in the Ford truck bearing Utah plate OJ8CE. Investigators conducted surveillance of JEFFS and subsequently advised your Affiant that he was taken into custody in the parking lot of a local hardware store in Minot.

48. During the morning surveillance of the Bismarck residence, investigators had observed Sarah JEFFS depart the residence in a vehicle; however, the investigators were unable to establish mobile surveillance of Sarah JEFFS' vehicle. HEBER JEFFS was taken into custody while Sarah JEFFS was away from the Bismarck residence.

49. Investigators continued surveillance of the Bismarck residence and Sarah JEFFS returned to the home around 1037 Hours. HPFTF TFO that were conducting surveillance of the Bismarck residence, advised the surveillance team and your Affiant that Sarah JEFFS' conduct at the residence was uncharacteristic of the manner she had acted during previous trips coming/going from the residence. The USMS HPFTF had been involved in the surveillance of the home since February 1, 2023, and had established routine activities for the occupants of the residence. USMS personnel stated that Sarah JEFFS always backed her vehicle into the driveway and typically entered the home through the

front door of the residence. After arriving at the home, Sarah JEFFS would typically remain seated in the parked car for 1-5 minutes before exiting the vehicle. The HPFTF were later informed that members of the FLDS prayed before operating and exiting a vehicle.

50. On February 11, 2023, when Sarah JEFFS had returned to the residence, she had pulled the vehicle into the driveway with the rear of the vehicle facing the street, had quickly exited the vehicle, and had entered the residence through the garage door, leaving the garage door open and the interior of the garage visible to the street. HPFTF investigators indicated this behavior was abnormal and advised your Affiant they had concerns about Sarah JEFF's conduct. Shortly after arriving at the home, HPFTF personnel also stated that it appeared as if Sarah JEFFS was again going to depart the residence.

51. Based on this information, your Affiant had concerns that Sarah JEFFS had somehow learned of HEBER JEFFS' arrest and was possibly attempting to flee the area or remove evidence from the residence. Your Affiant and other members of the surveillance team drove towards the residence to execute the search warrant. As they were driving to the residence, USMS personnel advised your Affiant that Sarah JEFFS was departing the residence in her blue Ford Explorer bearing ND license plate 676DYJ.

52. As your Affiant and the search warrant team entered the housing subdivision where the target residence was located, the Ford Explorer was observed departing the subdivision. USMS personnel coordinated a vehicle stop on Sarah JEFF's vehicle with the Burleigh County Sheriff's Department (BCSD) a short distance away from the subdivision.

53. After the residence was secured, BCSD Sergeant, Danny Lemieux, transported Sarah JEFFS' back to the residence located at 12324 Creeks Edge Road in Menoken. Sergeant

Lemieux advised your Affiant that two phones had been located with JEFFS and were in his possession. One phone was located on JEFFS' person, and the second device was located in plain view on the center console of the vehicle. The phones were initially turned over to North Dakota Bureau of Criminal Investigation (NDBCI) forensic examiner, Matt Wingenbach, where they were placed in airplane mode, and were later transferred to the custody of your Affiant.

54. During the warrant execution at the Minot residence, TKB, and two other suspected female minors were encountered at the residence. In addition, the male subject that had been with JEFFS when he was arrested was also determined to be a minor child.

55. Sarah JEFFS was asked about the individuals that were located at the home in Minot and refused to provide the names of the children to investigators. The children were taken into child protective services custody. The male juvenile identified himself by a name that did not match records located at the house that were believed to reflect the male juvenile's true name. (Sarah JEFF's contacted your affiant on Monday, February 13, 2023, and claimed that the three children that were staying at the residence in Minot were her and Heber JEFFS' children and provided names and DOBs for each individual.)

56. Following the execution of both search warrants, numerous items of electronic and documentary evidence were seized from the households to include documentary evidence believed to reference TKB. Your Affiant knows that users of cellular phones will often store passwords for other devices/accounts on their cellular devices, or passwords commonly utilized by an individual can be acquired through the forensic analysis of the devices.

57. Through your Affiant's training and experience, your Affiant knows that people driving long distances, such as from Utah to North Dakota, often obtain, collect, or retain physical and digital data indicating traveling routes, receipts for gas, food and lodging, and other locations they may have stopped during their travels.  In addition, people often take pictures during their travels as souvenirs of where they have been or to memorialize a moment in time.  People will also communicate about their travels with others and the analysis of the data can help establish who they are with, their destinations, and the timeline of those travels.

58. Based on the foregoing, you Affiant requests that the court issue the proposed warrant, authorizing the search of the two cellular devices further described in Attachment A and are currently in the custody of your Affiant at 1720 Burlington Drive, Suite B, in Bismarck, ND (58504).  Your Affiant requests the search warrant authorize your Affiant, and other law enforcement personnel, to search for evidence of violations of the SPECIFIED FEDERAL OFFENSE.  Pursuant to the search warrant, your Affiant asks that the search warrant allow law enforcement to seize and forensically examine the two cellular devices. The seizure of the cellular phones allows for the analysis/search for evidence of a crime in an appropriate forensic setting.  Your Affiant knows, based on his training and experience, that analyzing this data can assist law enforcement in identifying motives, timeline, witnesses, photos, messages, or other data relevant to criminal investigations.

    REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.

FURTHER YOUR AFFIANT SAYETH NOT

_____
Randy Helderop
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this 14th day of February 2023.

_____
Clare R. Hochhalter
Magistrate Judge, United States District Court