AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:23-mj-082 | Date and time warrant executed:<br>02/16/2023   1129 HOURS | Copy of warrant and inventory left with:<br>RECEIPT LEFT W/ SARAH ON 02/11/2023 |
| Inventory made in the presence of : CASSIDY HALSETH | | |
| Inventory of the property taken and name of any person(s) seized: | | |

DATA EXTRACTIONS FROM CELLULAR PHONES

RH

RH

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/01/2023

_Executing officer's signature_

HSI SA RANDY V. IVERSON

_Printed name and title_